UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALIYAH TAYLOR,

                         Plaintiff,

-against-

DR. MICHELLE SMALL, et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022

22-CV-2762 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

       Plaintiff, currently incarcerated at Bedford Hills Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants denied her medical treatment. By order dated April 14, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.[1]

       Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued. If the complaint is not served within that time, Plaintiff should request an

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the defendants.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to complete the USM-285 forms with the addresses for (1) Dr. Michelle Small, (2) Dr. Patrick Prepetit, (3) Dr. John A. McGurty, (4) Dr. Laura Mieszerski, (5) Superintendent Eileen Russell (6) Deputy Superintendent of Health [First Name Unknown] McCarthy, (7) Commissioner Thomas J. Loughren, and (8) Deputy Commissioner John Morley, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail Plaintiff a mailing package as well as a copy of this Order of Service to her address listed on ECF and to show service on the docket.

SO ORDERED.

Dated: April 21, 2022
White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Dr. Michelle Small
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

2. Dr. Patrick Prepetit
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

3. Dr. John A. McGurty
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

4. Dr. Laura Mieszerski
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

5. Superintendent Eileen Russell
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

6. Deputy Superintendent of Health McCarthy
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507

7. Commissioner Thomas J. Loughren
   Alfred E. Smith State Office Bldg
   80 S. Swan Street, 12th Floor
   Albany, NY 12206

8. Deputy Commissioner/Chief Medical Officer John Morley
   Harriman State Campus
   1220 Washington Avenue
   Albany, NY 12226