```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __11/15/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALIYAH TAYLOR,

                      Plaintiff,

       -against-

DR. MICHELLE SMALL, et al.,

                      Defendants.

22-CV-2762 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court is in receipt of *pro se* Plaintiff's Amended Complaint, filed November 4, 2022. (ECF No. 25.)  The Court previously set a briefing schedule for Defendants' motion to dismiss Plaintiff's Complaint.  (ECF No. 22.)  The Court now adjourns the schedule as follows:

      (1) Defendants are to serve (not file) their moving papers on December 30, 2022;

      (2) Plaintiff is to serve (not file) opposition papers on February 13, 2023; and

      (3) Defendants are to serve their reply papers on March 15, 2023.

      Defendants are directed to file all motion papers (including Plaintiff's papers) on the reply date, March 15, 2023. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are served.

      If Defendants forgo service of a motion to dismiss, Defendants are directed to file an Answer to the Amended Complaint by December 30, 2022.

In addition to filing an Amended Complaint, Plaintiff filed an Amended Application to Proceed without Prepaying Fees or Costs. The Court directs Plaintiff to its prior approval of Plaintiff's Application to Proceed without Prepaying Fees or Costs. (ECF No. 4.)

Plaintiff is also directed to seek leave of Court prior to filing any further amended pleadings.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at Plaintiff's address listed on ECF and to show service on the docket.

SO ORDERED.

Dated:   November 15, 2022
         White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge