USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/08/2026

**MEMORANDUM ENDORSEMENT**
7:22-cv-02762-NSR
Taylor v. Small et al.

The Court granted Defendants leave to file a motion to dismiss the Third Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* ECF Nos. 83–84.) The Court did not grant Defendants leave to move for summary judgment, however. (*Id.*) The Court directs Defendants to respond to Plaintiff's letter-motion concerning the attached notice of motion for summary judgment no later than October 15, 2026.

The Clerk of Court is respectfully directed to mail a copy of this Endorsement to *pro se* Plaintiff at the address listed on ECF, show service on the docket, and terminate the motions at ECF Nos. 86 and 87.

Dated: October 8, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

FILED
U.S. DISTRICT COURT
2026 OCT -7 PM 2:19
S.D. OF N.Y.W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
TALIYAH TAYLOR,

Plaintiff,

-against- No. 22 CIV 2762 (NSR)

DR. MICHELLE SMALL, et al.,

Defendants.
----------------------------------------------------X

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the motion filed herein, the accompanying memorandum of law in opposition to Defendants motion to dismiss, and all other pleadings and papers filed herein, Plaintiff, Taliyah Taylor Pro se, will move this Court before the Honorable Nelson S. Romań, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a time designated by the Court, for an order pursuant to summary judgement under Rule 56 of the Federal Rules of Civil Procedure, dismissing Defendants Notice of Pro se Litigant Opposing Motion to Dismiss.

Defendants moved to dismiss pursuant to Rule 12(b) (1) and (6) of the Federal Rules of Civil Procedure and failed to mention the alternative, summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, yet confusingly attached a notice implying summary judgement. Summary judgment is appropriate where "the movant shows that there is no genuine dispute as to any material fact and the movant 1) entitled to judgment as a matter of law." Fed. R. Civ. P (56) (a). The Court must view all facts in the light most favorable to the nonmoving party, but "only if there is a 'genuine' dispute as to those facts." *Scott v. Harris*, 550 U.S. 372, 380 127 S.ct. 1769, 167 L.Ed. 2d 686 (2007). "When opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purpose of ruling on a motion for summary judgment." Id. A genuine issue of material fact exists if "the evidence is such that a reasonable jury could return a verdict on the nonmoving party." *Anderson v. Liberty Lobby, Inc.* 471 U.S. 242, 248, 106 S.ct. 2505, 91 L.Ed. 2d 212 (1986).

Defendants did not present any admissible evidence, no affidavits disputing Plaintiff's claims, and failed to reference any records, therefore Defendants failed to meet their burden of proof and request for summary judgement should be denied.

DATED: Bedford Hills New York
September 30th, 2026

Taliyah Taylor
Taconic Correctional Facility
250 Harris Road
Bedford Hills New York 10507

FILED
U.S. DISTRICT COURT
2026 OCT -7 PM 2:18
S.D. OF N.Y.W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
TALIYAH TAYLOR,

Plaintiff,

-against-

No. 22 CIV 2762 (NSR)

DR. MICHELLE SMALL, et al.,

Defendants.
---------------------------------------------------X

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the motion filed herein, the accompanying memorandum of law, and all other pleadings and papers filed herein, Plaintiff, Taliyah Taylor, Pro se, will move this Court before the Honorable Nelson S. Romań, United States District Judge, at the United States Courthouse, 300 pursuant to Rule 12(b) and (6) of the Federal Rules of Civil Procedure, dismissing Defendant's motion to dismiss Plaintiff's Third Amended Complaint.

Taliyah Taylor, Pro se
Taconic Correctional Facility
250 Harris Road
Bedford Hills New York 10507

Taliyah Taylor 08G1184
Taconic Correctional Facility
250 Harris Road
Bedford Hills NY 10507

quadient
FIRST-CLASS MAIL
IMI
$004.62[0]
10/01/2026 ZIP 10507
043M31279609
US POSTAGE

United States District Court
Southern District of New York
Pro Se Intake Unit
300 Quarropas Street
White Plains NY 10601-4150

USMWP
SDNY

FILED
U.S. DISTRICT COURT
2026 OCT -7 PM 2: 18
S.D. OF N.Y.W.P.

Taliyah Taylor
0891184

RECEIVED
OCT 07 2026
U.S.D.C.
W.P.